UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:16-CR-54-2-BR

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>RAHEID HILL | ORDER |

A hearing on the government's "appeal" of the 14 March 2016 release order is hereby SET for 28 March 2016, at 9:00 a.m., Federal Courthouse, 310 New Bern Avenue, Raleigh, North Carolina, Courtroom 2. The court will conduct a *de novo* review and will consider the pretrial services report, the transcript of the detention hearing, any additional evidence offered by the parties, briefs filed by the parties, and the arguments of counsel. The government is DIRECTED to immediately order a transcript of the detention hearing and have it filed on or before 23 March 2016. The parties shall file any briefs within 24 hours of the filing of the detention hearing transcript.

This 15 March 2016.

_____
W. Earl Britt
Senior U.S. District Judge