UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:16-CR-54-2-BR

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>RAHEID HILL | ORDER |

This matter came before the undersigned today for hearing on the government's "appeal" of U.S. Magistrate Judge Robert T. Numbers, II's 14 March 2016 release order pursuant to 18 U.S.C. § 3145(a). As stated in open court, the court adopts the reasoning of Judge Numbers as its own, and defendant is therefore ORDERED released pending arraignment and trial subject to the conditions set forth in Judge Numbers' 14 March 2016 order (DE # 17).

This 28 March 2016.

_____
W. Earl Britt
Senior U.S. District Judge