UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Raheid Hill                                                                                                         Docket No. 5:16-CR-54-2M

**Petition for Action on Supervised Release**

COMES NOW Quanda L. Lunsford, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Raheid Hill, who, upon an earlier plea of guilty to Interference With Commerce by Robbery and Aiding and Abetting, in violation of 18 U.S.C. §§ 1951 & 2, and Brandishing a Firearm in Connection With a Crime of Violence and Aiding and Abetting, in violation of 18 U.S.C. §§ 924(c) and 2 , was sentenced by the Honorable W. Earl Britt, Senior U.S. District Judge, on September 26, 2016, to the custody of the Bureau of Prisons for a term of 72 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months.

Raheid Hill was released from custody on September 1, 2021, at which time the term of supervised release commenced. On April 11, 2023, the case was transferred to the Honorable Richrd E. Myers II, Chief United States District Judge.

On July 31, 2023, a Violation Report was submitted to the court advising the defendant tested positive for marijuana. The defendant was referred to substance abuse treatment and mental health treatment. The defendant was also enrolled in our district's Surprise Urinalysis Program and supervision was continued.

On March 05, 2025, a Violation Report was submitted to the court advising the defendant tested positive for marijuana. The court was also notified that the defendant incurred violations for Driving While License Revoked and Speeding. He was verbally reprimanded for his poor decisions. The defendant was referred for substance abuse and mental health re-assessments and continued in the district's Surprise Urinalysis Program. Supervision was continued.

On April 3, 2025, a Violation Report was submitted to the court advising the defendant tested positive for marijuana. The defendant was continued in substance abuse and mental health treatment and the probation office increased contact with the defendant. Supervision was continued.

On May 5, 2025, a Violation Report was submitted to the court advising the defendant tested positive for marijuana. The defendant's substance abuse treatment sessions were increased and the defendant was enrolled in mental health treatment groups. Supervision was continued.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On July 7, 2025, the defendant tested positive for marijuana. The defendant was verbally reprimanded for his decision to continue using illegal substances. The defendant is actively engaged with mental health and substance abuse treatment at First Step Services. He is honest with the probation office and substance abuse counselor about his struggles with substance abuse.

Pursuant to 18 U.S.C. § 3583(d), the court shall consider whether the availability of appropriate substance abuse treatment programs, or a person's current or past participation in such programs, warrants an exception to 18 U.S.C. § 3583(g)(4) when considering any action against a defendant who fails a drug test while on supervised release. As Hill is actively engaged in a treatment program, and considering 18 U.S.C.

§ 3583(d), the probation office respectively recommends the defendant be permitted to continue supervision in lieu of revocation at this time. In response to his continued substance use, a 60-day curfew with location monitoring is suggested. Any subsequent substance use will be reported to the court. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall adhere to a curfew as directed by the probation officer for a period not to exceed 60 consecutive days. The defendant is restricted to his residence during the curfew hours. The defendant shall submit to the following Location Monitoring: GPS monitoring and abide by all program requirements, instructions and procedures provided by the supervising officer.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Mark L. Culp
Mark L. Culp
Supervising U.S. Probation Officer

/s/ Quanda L. Lunsford
Quanda L. Lunsford
U.S. Probation Officer
310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: 919-861-8801
Executed On: July 17, 2025

## ORDER OF THE COURT

Considered and ordered this 24th day of July, 2025 and ordered filed and made a part of the records in the above case.

Richard E. Myers II
Chief U.S. District Judge