# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Raheid Hill**                                    **Docket No. 5:16-CR-54-2M**

### Petition for Action on Supervised Release

COMES NOW Quanda L. Lunsford, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Raheid Hill, who, upon a finding of guilt by jury to Interference With Commerce by Robbery and Aiding and Abetting, in violation of 18 U.S.C. §§ 1951 & 2, and Brandishing a Firearm in Connection With a Crime of Violence and Aiding and Abetting, in violation of 18 U.S.C. §§ 924(c) and 2, was sentenced by the Honorable W. Earl Britt, Senior United States District Judge, on September 26, 2016, to the custody of the Bureau of Prisons for a term of 72 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months.

Raheid Hill was released from custody on September 1, 2021, at which time the term of supervised release commenced. On April 11, 2023, the case was transferred to the Honorable Richard E. Myers II, Chief United States District Judge.

On July 31, 2023, a Violation Report was submitted to the court advising the defendant tested positive for marijuana. The defendant was referred to substance abuse treatment and mental health treatment. The defendant was also enrolled in our district's Surprise Urinalysis Program and supervision was continued.

On March 05, 2025, a Violation Report was submitted to the court advising the defendant tested positive for marijuana, Driving While License Revoked and Speeding. He was verbally reprimanded for his poor decisions. The defendant was referred for substance abuse and mental health re-assessments and continued in the district's Surprise Urinalysis Program. Supervision was continued.

On April 3, 2025, a Violation Report was submitted to the court advising the defendant tested positive for marijuana. The defendant was continued in substance abuse and mental health treatment and the probation office increased contact with the defendant. Supervision was continued.

On May 5, 2025, a Violation Report was submitted to the court advising the defendant tested positive for marijuana. The defendant's sessions were increased with his substance abuse treatment provider, and the defendant was enrolled in mental health treatment groups. Supervision was continued.

On July 17, 2025, a Petition for Action was submitted to the court advising the defendant tested positive for marijuana. The defendant was continued in treatment and placed on a 60-day curfew with location monitoring in lieu of revocation. Supervision was continued.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On February 20, 2026, the defendant was issued a citation for Misdemeanor Possession of Marijuana Greater than ½ to 1 ½ Ounces (26CR9225) in Wake County, North Carolina. The defendant immediately notified this officer of the citation.

The defendant also failed to report for urinalysis testing for multiple dates from July 2025 through February 2026.

Raheid Hill
Docket No. 5:16-CR-54-2M
Petition For Action
Page 2


As a result of the criminal conduct and missed urinalysis testing, the probation officer recommends that the defendant participate in our district's Location Monitoring Program until August 31, 2026, at which time he is scheduled to complete supervision. It is also recommended that he continues in substance abuse and mental health treatment. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall adhere to a curfew as directed by the probation officer until August 31, 2026. The defendant is restricted to his residence during the curfew hours. The defendant shall submit to the following Location Monitoring: GPS monitoring and abide by all program requirements, instructions and procedures provided by the supervising officer.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Maurice J. Foy
Maurice J. Foy
Supervising U.S. Probation Officer

/s/ Quanda L. Lunsford
Quanda L. Lunsford
U.S. Probation Officer
310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: 919-861-8801
Executed On: March 12, 2026

## ORDER OF THE COURT

Considered and ordered this ___16th___ day of ___March___, 2026, and ordered filed and made a part of the records in the above case.

Richard E. Myers II
Chief United States District Judge